## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOGUSLAW HUK, et al., | Civil Action No. 23-00568-SRC-AME |
| Plaintiffs, | ORDER |
| v. | |
| NJ ALE HOUSE, LLC, et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court upon a telephonic status conference on February 25, 2025; and for good cause shown, therefore

**IT IS** on this 5th day of March 2025,

**ORDERED** that Counter-Defendants the Art in Construction, LLC and Christos Panagiotopoulos shall file an answer or otherwise respond by March 23, 2025; and it is further

**ORDERED** that the discovery schedule shall be amended as follows:

- The deadline for parties to serve paper discovery on Counter-Defendants the Art in Construction, LLC and Christos Panagiotopoulos shall be March 24, 2025;

- The deadline for parties to serve answers or responses to all previously served discovery demands and for Counter-Defendants the Art in Construction, LLC and Christos Panagiotopoulos to serve discovery responses shall be April 28, 2025;

- The deadline for motions to add or amend pleadings or to add new parties shall be July 1, 2025;

- The fact discovery deadline shall be August 27, 2025; and it is further

**ORDERED** that the Court will hold telephonic status conference for this matter on **June 18, 2025, at 11:00 a.m.**, which the parties shall join by dialing 973-437-5535, access code 577 359 45#.

Three business days prior to the conference, the parties shall file a joint status letter, not to exceed three pages double-spaced.

   /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA, U.S.M.J.